TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00583-CR

Thomas Eden, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY

NO. 420098, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

PER CURIAM

 Thomas Eden appeals from the judgment of the county court at law affirming his municipal
court conviction for violating the City of Austin's parade ordinance. See Tex. Gov't Code Ann. §§ 30.332,
.344 (West 1988). The municipal court assessed a fine of $100.

 Our jurisdiction is not invoked for two reasons. First, appellant's notice of appeal was not
timely filed. Tex. R. App. P. 41(b)(1). Second, the fine assessed does not exceed $100. Gov't Code §
30.344.

 The appeal is dismissed for want of jurisdiction.

Before Justices Powers, Aboussie and Jones

Dismissed for Want of Jurisdiction

Filed: October 30, 1996

Do Not Publish